NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARBARA BORKOWSKI,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2023-2353

---

Petition for review of the Merit Systems Protection Board in No. AT-844E-23-0369-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Barbara Borkowski's request to withdraw her petition for review, which the court construes as a motion to voluntarily dismiss pursuant to Federal Rule of Appellate Procedure 42(b), and the Merit Systems Protection Board's response as to the allocation of costs,

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                                    BORKOWSKI v. MSPB

(1)  The motion is granted to the extent that the petition for review is withdrawn.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 30, 2023
Date

ISSUED AS A MANDATE: October 30, 2023